| | |
|---|---|
| JAMES EVANS, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Weston Table, Inc.,<br><br>    Defendant. | **United States District Court<br>Northern District of Illinois**<br><br>Case No.: 1:25-cv-12531<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: March 16, 2026

| | |
|---|---|
| **/s/ David B. Reyes**<br>By: David B. Reyes, Esq.<br>EQUAL ACCESS LAW GROUP, PLLC<br>68-29 Main Street,<br>Flushing, NY 11367<br>O: (844) 731-3343<br>C: (630)-478-0856<br>Email: Dreyes@ealg.law<br>*Attorneys for Plaintiff* | **/s/ Nolan K. Klein**<br>By: Nolan K. Klein, First<br>Law Offices of Nolan Klein, P.A.<br>5550 Glades Road Suite 500<br>Boca Raton, FL 33431<br>T: 646-560-3230<br>Email: Klein@nklegal.com<br>*Attorneys for Defendant* |